Francis Richards, Appellant, v. Florence Olsen, Respondent.— Motion by plaintiff for permission to have record on appeal typewritten instead of printed, granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.